IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT W. MAUTHE, M.D., P.C.,** individually and on behalf of all others similarly situated, Plaintiff | : : : : : | **CIVIL ACTION** |
| vs. | : : | **NO. 17-1916** |
| **NATIONAL IMAGING ASSOCIATES, INC.,** Defendant | : : : | |

## O R D E R

**AND NOW,** this 25th day of April, 2018, upon consideration of the defendant's motion to dismiss (Document #9), the plaintiff's response in opposition thereto (Document #18), and the defendant's reply brief (Document #23), IT IS HEREBY ORDERED that the motion is GRANTED in its entirety with prejudice.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C. J.